IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

v.                               **No. 4:10-cr-316-DPM**

**STEPHEN JOHN BERGERON**                                      **DEFENDANT**

## FINAL ORDER OF FORFEITURE

On 9 May 2011, this Court entered a Preliminary Order of Forfeiture ordering Bergeron to forfeit his interest in one E-Machine CPU, bearing serial number QAW4B80301094. The Order provided that it would become final as to Bergeron at sentencing and would become a final order of forfeiture if no third party filed a timely claim to the property. *Document No. 21, at 2-3*. The Court has sentenced Bergeron; and no one has filed a claim to the E-Machine computer. The preliminary order of forfeiture has therefore ripened into this final order of forfeiture. Motion, *Document No. 28*, granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 Sept. 2011